**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Kristin C. Perez Haines | : | |
| 1869 Ironbridge Road | : | JURY TRIAL DEMANDED |
| Columbia, PA 17512 | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION |
| Rodney Gene Lee | : | |
| 18101 Bunkerhill Road | : | |
| Parkton, MD 21120 | : | No.    02CV4432 |
| | : | |
| and | : | |
| | : | |
| Northstar Trucking Services, Inc | : | |
| 18101 Bunkerhill Road | : | |
| Parkton, MD 21120 | : | |

## PLAINTIFFS' AMENDED COMPLAINT

**PARTIES**

1.      Plaintiff, Kristin C. Perez Haines, is an adult natural person residing at the captioned address.

2.      Defendant, Rodney Gene Lee, is an adult natural person residing at the captioned address.

3.      Defendant Northstar Trucking Services, Inc. is a Corporation incorporated under the laws of Maryland with its principle place of business at the above captioned Maryland address.

**JURISDICTION  and VENUE**

4.      Jurisdiction is conferred upon this Court pursuant to 28 U.S.C.A. §1332 since the parties are diverse and the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

5.      Venue is appropriate in this jurisdiction as the underlining incident occurred in this venue.

**KRISTIN C. PEREZ HAINES V. RODNEY GENE LEE**

6.      On or about August 3, 2000, the Plaintiff, Kristin C. Perez Haines, (hereafter "Plaintiff") was operating a 1997 Pontiac GrandAm, Pennsylvania licenses plate number CDD 7072 (hereafter "Haines vehicle") Northbound on South Angle Street at or near its intersection with West Main Street in the Borough of Mount Joy, Lancaster County, Commonwealth of Pennsylvania.

7.      At the same time and place Defendant, Rodney Gene Lee (hereafter "Defendant Lee"), was operating a 1990 International Tractor Trailer, Maryland license plate number 232F81 (hereafter the "Lee vehicle").

8.      At all times relevant Defendant Lee was an employee, servant, and or, agent of Defendant Northstar Trucking Services, Inc. (hereafter "Defendant Northstar") and was acting within the scope of his employment, servitude, and/or agency.

9.      At all times relevant Defendant Lee was the President and Treasurer of Defendant Northstar.

10.     The Lee vehicle was facing north bound on South Angle Street and was in front of the vehicle operated by Plaintiff.

11.     Defendant Rodney Gene Lee, while reversing the Lee vehicle, struck the Haines's vehicle.

12.     As a result of the impact Plaintiff sustained injuries and damages as set forth at

length herein.

13.     The aforesaid incident and the injuries sustained by Plaintiff were caused by the negligence and carelessness of Defendant Lee which included:

(a)     failing to have the Lee vehicle under proper and adequate control;

(b)     failing to keep a proper lookout for the Plaintiff's vehicle;

(c)     failing to properly operate the Lee vehicle;

(d)     operating the Lee vehicle at an excessive rate of speed under the circumstances;

(e)     failing to respect the rights, position and safety of the Plaintiff's vehicle;

(f)     failing to abide by the "assured clear distance rule";

(g)     failing to properly reverse the Lee vehicle;

(h)     failing to abide by the Rules of the Road as set forth in 75 Pa.C.S.A. Chapter 33.

(i)     any and all acts of negligence which may be discovered.

14.     This incident resulted solely from the negligence and recklessness of the Defendants, and was in no manner whatsoever due to any act or failure to act on the part of Plaintiff.

15.     As a result of this incident, Plaintiff Kristin Perez Haines suffered injuries including chronic cervical and lumbar injuries and disc injuries at the L3-4 and L4-5, and C5-6 level, all or some of which have caused her and continue to cause her great pain and agony and have prevented her and likely in the future will prevent her from attending to her daily occupational and social activities, all to her great financial damage and loss.

16.    By reason of the aforesaid incident, Plaintiff Kristin Perez Haines was caused to suffer great harm and potentially permanent injuries to her body.

17.    Further, Plaintiff Kristin Perez Haines has been compelled to spend various sums of money for medicine and medical attention in and about endeavoring to treat and cure herself of her injuries, and will be compelled to spend additional sums in the future.

18.    As a further result of this accident, Plaintiff Kristin Perez Haines has or may suffer a severe loss of earnings and impairment of earning capacity and powers; said loss of income and/or impairment of earning capacity.

19.    As a further result of this accident, Plaintiff Kristin Perez Haines has suffered severe physical pain and mental anguish and humiliation and may continue to suffer same for an indefinite period of time in the future.

**WHEREFORE**, Plaintiff, Kristin Perez Haines, demands damages from Defendant Rodney Gene Lee, individually and jointly and severally, in an amount in excess of Seventy-Five Thousand **($75,000.00)** Dollars, plus interest, delay damages, costs of suit, and such other remedy as seen fit by this court.

## COUNT II

20.    Plaintiff incorporates the allegations of Count I as if set forth herein at length:

21.    The aforesaid incident and the injuries sustained by Plaintiff were caused by the negligence and carelessness of Defendant Northstar which included:

(a)    all acts imputed to Defendant Northstar due to the negligence of its employee, servant, and/or agent Defendant Lee under the doctrine of respondeat superior;

(b)    failing to properly train, instruct, and/or supervise Defendant Lee

(c)    any and all acts of negligence which may be discovered

**WHEREFORE**, Plaintiff, Kristin Perez Haines, demands damages from Defendant

Northstar Trucking Services, Inc., individually and jointly and severally, in an amount in excess of

Seventy-Five Thousand **($75,000.00)** Dollars, plus interest, delay damages, costs of suit, and such

other remedy as seen fit by this court.

**LAW OFFICES OF GREGG DURLOFSKY**

BY: _____

        **GREGG R. DURLOFSKY, ESQUIRE**
        111 West Germantown Pike
        Plymouth Meeting, PA 19462
        (610) 834-9483
        Attorney for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

Kristin C. Perez Haines                          :
1869 Ironbridge Road                             :
Columbia, PA 17512                               :
                                                 :
        v.                                       :
                                                 :        SUMMONS
Rodney Gene Lee                                  :
18101 Bunkerhill Road                            :
Parkton, MD 21120                                :
                                                 :
        and                                      :
                                                 :
Northstar Trucking Services, Inc                 :
18101 Bunkerhill Road                            :
Parkton, MD 21120                                :

To:    Rodney Gene Lee

        You are hereby summoned and required to serve upon Gregg R. Durlofsky, Esq,
Plaintiff's attorney, whose address is 111 West Germantown Pike, Plymouth Meeting, PA 19462,
an answer to the complaint which is herewith served on you, within 20 days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint.

                                        _____
                                                 Clerk of Court

Sealed

Dated:

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Kristin C. Perez Haines | : | |
| 1869 Ironbridge Road | : | |
| Columbia, PA 17512 | : | |
| | : | |
| v. | : | |
| | : | SUMMONS |
| Rodney Gene Lee | : | |
| 18101 Bunkerhill Road | : | |
| Parkton, MD 21120 | : | |
| | : | |
| and | : | |
| | : | |
| Northstar Trucking Services, Inc | : | |
| 18101 Bunkerhill Road | : | |
| Parkton, MD 21120 | : | |

To:    Northstar Trucking Services, Inc.

You are hereby summoned and required to serve upon Gregg R. Durlofsky, Esq, Plaintiff's attorney, whose address is 111 West Germantown Pike, Plymouth Meeting, PA 19462, an answer to the complaint which is herewith served on you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____
Clerk of Court

Sealed

Dated: