IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTIN PEREZ HAINES | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| RODNEY GENE LEE and | : | NO:   02-CV-4432 |
| NORTHSTAR TRUCKING SERVICES, INC. | : | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

Denied. As a conclusion of law to which no response or pleading is required.

SECOND AFFIRMATIVE DEFENSE

Denied. As a conclusion of law to which no response or pleading is required.

THIRD AFFIRMATIVE DEFENSE

Denied. As a conclusion of law to which no response or pleading is required.

FOURTH AFFIRMATIVE DEFENSE

Denied. As a conclusion of law to which no response or pleading is required.

FIFTH AFFIRMATIVE DEFENSE

Denied. As a conclusion of law to which no response or pleading is required.

SIXTH AFFIRMATIVE DEFENSE

Denied. As a conclusion of law to which no response or pleading is required.

SEVENTH AFFIRMATIVE DEFENSE

Denied. As a conclusion of law to which no response or pleading is required.

EIGHTH AFFIRMATIVE DEFENSE

Denied. As a conclusion of law to which no response or pleading is required.

NINTH AFFIRMATIVE DEFENSE

Denied. As a conclusion of law to which no response or pleading is required.

TENTH AFFIRMATIVE DEFENSE

Denied. As a conclusion of law to which no response or pleading is required.

ELEVENTH AFFIRMATIVE DEFENSE

Denied. As a conclusion of law to which no response or pleading is required.

WHEREFORE, Plaintiff, Kristin Haines, demands judgement in her favor and relief as set forth in her Complaint.

LAW OFFICES OF GREGG R. DURLOFSKY

BY: _____
    Gregg R. Durlofsky, Esquire
    I.D.# 66253
    111 W. Germantown Pike
    Plymouth Meeting, PA 19462
    610-834-9483
    Attorney for Plaintiff