## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KRISTIN C. PEREZ HAINES** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 02-CV-4432** |
| **v.** | : | |
| | : | |
| **RODNEY GENE LEE, <u>et al.</u>** | : | |

### <u>SCHEDULING ORDER</u>

     **AND NOW**, this _____ day of October, 2002, pursuant to Federal Rule of Civil

Procedure 16(b), **IT IS ORDERED** that the following schedule shall apply in this case:

    1.     The parties shall file all discovery motions by December 7, 2002.

    2.     Discovery shall be completed by December 17, 2002.

    3.     Dispositive motions shall be filed by January 30, 2003.

    4.     Plaintiff shall serve her expert report(s) on Defendants by January 30, 2003.

    5.     Defendants shall serve their expert report(s) on Plaintiff by February 28, 2003.

    6.     Plaintiff shall serve her rebuttal report(s) on Defendants by March 15, 2003.

    7.     The parties shall exchange exhibits by April 1, 2003.

    8.     The parties shall file their pretrial memoranda pursuant to Federal Rule of Civil

Procedure 26(a)(3) and Local Rule of Civil Procedure 16.1(c), proposed voir dire

questions, jury instructions, special interrogatories, verdict forms, and any

motions <u>in limine</u> (with a copy of each also delivered to Chambers) by April 1,

2003.[1]

---

    [1]    The Court expects counsel to work together in an effort to submit, to the fullest extent possible, an <u>agreed upon</u> version of final jury instructions, verdict forms or special interrogatories to the jury, and a statement of the case for use in the Court's preliminary instructions to the jury. The statement of the case for use in the preliminary jury instructions should summarize succinctly each party's position and should state the essential elements of claims and defenses that must be proven by each party. When agreement is not reached, requests

9.       A final pretrial conference is scheduled for **Monday, May 5, 2003, at 12:30 p.m.**

10.      This case will be placed in the Court's trial pool on **Friday, May 16, 2003**. Once

placed in the trial pool, a case may be called to trial upon 24 hours notice to

counsel.

**BY THE COURT:**

_____

**BRUCE W. KAUFFMAN,  J.**

---

for jury instructions must be accompanied by citation of legal authority.  If a model jury
instruction is used (<u>e.g.</u>, Devitt & Blackmar), any modifications should be indicated by
underlining and boldfacing additions and striking out deletions.  Amendments or supplements to
the final jury instructions and verdict forms or special interrogatories to the jury may be
submitted at the close of the evidence.