DAWN L. JENNINGS
215-575-4286
djennings@rawle.com

The Widener Building
One South Penn Square
Philadelphia, PA 19107

Telephone:  215-575-4200
Facsimile:  215-563-2583

December 17, 2002

Mr. Patrick Bloomfield
Northland Insurance Companies
1295 Northland Drive
St. Paul, MN  55120

Re:     Kristin Perez Haines v. Rodney Gene Lee, et al.
        Your File No: TN286252
        D/L:   August 3, 2000
        <u>Our File No.:  439,939</u>

Dear Pat:

    We recently attended the depositions of Rodney Gene Lee and Kristin Perez Haines in the above-referenced matter.  We summarize those depositions herein.

## Rodney Gene Lee

    Rodney Gene Lee is a pleasant man in his mid-forties who will make an average witness.  We believe that a jury will find him credible.

    Lee lives in Parkton, Maryland.  He has maintained a CDL license since 1984.  In 1994, he began driving a tractor trailer as a self-employed independent contractor.  Lee owns a 1987 red International tractor which is registered in Maryland and a green trailer which is registered in Maine.  In 1998, he incorporated his business as Northstar Trucking Services, Inc.

    On August 3, 2000, at approximately 7:00 a.m., Lee traveled in his tractor trailer to a farm to pick up a load of grain to be delivered at a mill in Pennsylvania.  The grain was loaded by an automatic feeder.  When loaded, Lee's tractor trailer weight was 80,000 pounds.  He then traveled approximately one hour to the mill in Pennsylvania.  While on West Engle Street at its intersection with West Main Street in Mount Joy, Pennsylvania, Lee was stopped at a traffic light.  The traffic control signal was "red" for Lee's direction of travel.  To the left of Lee on West Main Street, was a tractor trailer.  Lee checked his mirrors and seeing no cars behind him proceeded to back up to allow the tractor trailer more room to make the right turn onto West Engle Street.  Lee was traveling approximately two to four miles per hour and had backed up only two to three feet when he heard a horn beep for one to three seconds.  Lee assumed the horn was coming from behind him and stopped backing his tractor.  Again checking his mirrors, he

Mr. Patrick Bloomfield
December 17, 2002
Page 2

saw the vehicles behind him and when the traffic control signal turned green, he proceeded forward and made a right turn onto West Main Street. As he turned on to West Main Street, a vehicle pulled up beside him on the driver's side beeping its horn with the driver motioning for him to pull over. Lee pulled the tractor trailer to a stop and the driver of the other vehicle got out of the vehicle and informed Lee that he had struck her vehicle while backing up on West Engle Street. She requested Lee to contact the police. Lee called the police who arrived at the scene. Lee informed the police that he "must have struck the other vehicle while backing up." Lee was issued a traffic citation which he paid.

The other driver, [Perez Haines] appeared to not be injured. Lee observed damage to the front of the Perez Haines vehicle. After the police officer interviewed both witnesses, both vehicles left the scene of the accident. Lee admitted to striking the Haines vehicle. Lee also admitted that no actions of Perez Haines contributed to the accident. There was no damage to the trailer. Lee has no photographs of his tractor trailer.

**Deposition of Kristin Perez Haines**

Kristin Perez Haines, age 22, is a pleasant woman who we will believe will also make an average witness. Although we have found some discrepancies in her testimony, we believe that a jury will overall find her credible.

Perez Haines currently resides with her husband, Douglas Haines, and their daughter, Antoinette, age 14 months at _____. Over the past couple of years, Perez Haines has moved quite a bit within the Lancaster, Mount Joy area of Pennsylvania.

Perez Haines graduated from Manheim Central High School in Manheim, Pennsylvania in 1998 with course of business. In August, 1998, she attended Willow Street Vocational Technical School with a study in criminal justice. After three months, Perez Haines discontinued her studies at Willow Street because the other students "were not serious about the course studies." While in high school, Perez Haines received a certified nursing assistant certification from St. Ann's Nursing Home. St. Ann's Nursing Home, in Columbia, Pennsylvania, maintains a certified nursing program involving classroom training and hands-on training for approximately two months. Following her course study at St. Ann's, Perez Haines worked for St. Ann's Nursing Home in 1997 and 1998 as a dietary aide. She was responsible for assisting in the preparation of food and delivery of food to the nursing home residents. She is not required to lift or push any carts with food, rather removed the trays from the carts and provide them to the residents.

Very truly yours,

RAWLE & HENDERSON LLP

0758957.01

Mr. Patrick Bloomfield
December 17, 2002
Page 3

By:
    Dawn L. Jennings

DLJ/her

0758957.01

Mr. Patrick Bloomfield
December 17, 2002
Page 4

cc:   Mr. Rodney Gene Lee

0758957.01

777-439,439

                                                       Mr. Patrick Bloomfield
                                                     Northland Insurance Companies

0758957.01

1295 Northland Drive
St. Paul, MN  55120

0758957.01

777-439,939

                                                             Mr. Rodney Gene Lee

0758957.01

18101 Bunker Hall Road
Parkton, MD  21120

0758957.01