IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KRISTIN C. PEREZ HAINES** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 02-CV-4432** |
| **v.** | : | |
| | : | |
| **RODNEY GENE LEE, et al.** | : | |

## ORDER

**AND NOW**, this _____ day of May, 2003, upon consideration of Plaintiff's unopposed Motion to Extend the Rebuttal Expert Report Deadline, it is **ORDERED** that the Motion is **GRANTED**. Accordingly, Plaintiff shall file her Rebuttal Expert Report on or before June 2, 2003.

BY THE COURT:

_____

**BRUCE W. KAUFFMAN, J.**