IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KRISTIN C. PEREZ HAINES** | : | CIVIL ACTION |
| | : | |
| | : | NO. 02-CV-4432 |
| v. | : | |
| | : | |
| **RODNEY GENE LEE, et al.** | : | |

## ORDER

**AND NOW**, this _____ day of June, 2003, it is **ORDERED** that a Jury Trial in this matter is set for **Monday, July 21, 2003 at 10:00 a.m.** in Courtroom 3-B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. It is **FURTHER ORDERED** that the final pretrial conference previously scheduled for July 14, 2003 shall be held on **Wednesday, July 16, 2003 at 4:00 p.m.**

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**