IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KRISTIN C. PEREZ HAINES** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 02-CV-4432** |
| v. | : | |
| | : | |
| **RODNEY GENE LEE, et al.** | : | |

## ORDER

**AND NOW**, this _____ day of June, 2003, it is **ORDERED** that this action is **REFERRED** to the Honorable Jacob P. Hart, United States Magistrate Judge, for the purpose of a settlement conference.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**