IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KRISTIN C. PEREZ HAINES** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4432 |
| | : | |
| **RODNEY GENE LEE, <u>et al.</u>** | : | |
| | : | |

## ORDER

**AND NOW,** this           day of July, 2003, counsel for Plaintiff having reported that the issues in the above-captioned action have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), **IT IS ORDERED** that the above-captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel and without costs.

                            **BY THE COURT:**

                            **BRUCE W. KAUFFMAN,  J.**